Ure Law Firm
8280 Florence Ave., Suite 200
Downey, CA 90240
TEL.: (213) 202-6070
FAX.: (213) 202-6075
Thomas B. Ure (CA State Bar No. 170492)
email: tom@urelawfirm.com

General Counsel for: Debtor

(SPACE BELOW FOR FILING STAMP ONLY)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>LAPEER 160 LLC,<br><br>Debtors-in-Possession. | Case No. 2:26-bk-13288-BB<br><br>CHAPTER 11<br><br>MOTION FOR CONTINUANCE OF HEARING ON CREDITOR U.S. BANK, N.A.'S MOTION TO DISMISS CHAPTER 11 CASE; DECLARATION OF THOMAS B. URE IN SUPPORT THEREOF<br><br>DATE: August 26, 2026<br>TIME: 10:00 a.m.<br>CTRM: Courtroom 1539<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**TO: THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, UNTIED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Lapeer 160 LLC hereby requests that this Court continue the hearing on the "Motion of Secured Creditor for Order Dismissing Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)" filed by U.S. Bank Trust, (the "Motion to Dismiss") [Docket No. 42], currently scheduled for August 26, 2026 at 10:00 a.m., located at 255 E Temple St., Los Angeles, CA 90012 to September 16, 2026 at 11:00 a.m. which is the scheduled continued status conference in this case.

This Request is made pursuant to Local Bankruptcy Rule 9013-1(m)(1) and is based on the attached Declaration of Thomas B. Ure, the complete files and records in this case, and such oral

argument as the Court may permit.

Respectfully submitted,

Dated: August 25, 2026

By: /s/ Thomas B. Ure
Thomas B. Ure
Attorney for Debtor

**DECLARATION OF THOMAS B. URE**

I, Thomas B. Ure, declare:

1. I am an attorney duly admitted to practice before this Court and am the principal attorney representing Lapeer 160 LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. On August 5, 2026, Creditor U.S. Bank Trust, N.A. ("Creditor") filed its Motion to Dismiss Chapter 11 Case [Docket No. 42] (the "Motion").

3. Creditor noticed the Motion for hearing on August 26, 2026, providing only the absolute minimum required notice under the applicable Local Bankruptcy Rules.

4. The opposition deadline resulting from this minimal notice period fell on August 12, 2026, which was during my family vacation spanning from Friday, August 7, 2026 to Friday, August 14, 2026.

5. On August 20, 2026, I contacted counsel for Creditor via email, explaining my scheduling conflict and requesting a brief continuance of the hearing date to allow adequate time to prepare and file an opposition.

6. On August 21, 2026, counsel for Creditor informed me that Creditor refused to stipulate or consent to the requested continuance.

7. A continuance is necessary to prevent severe prejudice to the Debtor and its estate. Forcing the Debtor to respond under these compressed, restricted conditions—or denying the Debtor representation due to a scheduled absence—would impair the Debtor's right to due process and a fair hearing on a dispositive matter affecting this Chapter 11 case.

8. No prior requests for a continuance of this specific hearing have been made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 25th day of August, 2026 at Downey, California.

/s/ Thomas B. Ure
Thomas B. Ure
Attorney for Debtor

| In re: **Lapeer 160 LLC** Debtor(s). | CHAPTER: **11** CASE NUMBER: **2:26-bk-13288-BB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**8280 Florence Avenue, Suite 200**
**Downey, CA 90240**

A true and correct copy of the foregoing document entitled (*specify*): **MONTH FOR CONTINUANCE OF HEARING ON CREDITOR U.S. BANK, N.A.'S MOTION TO DISMISS CHAPTER 11 CASE; DECLARATION OF THOMAS B. URE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/25/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Shannon A Doyle on behalf of Interested Party Courtesy NEF** **sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com**

**Crystle Jane Lindsey on behalf of Interested Party Courtesy NEF** **clindsey@ghidottiberger.com**

**Tom Roddy Normandin on behalf of Creditor U.S. BANK TRUST COMPANY, N.A.** **tnormandin@pnbd.com, cathyjones@pnbd.com**

**David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)** **David.S.Shevitz@usdoj.gov**

**United States Trustee (LA)** **ustpregion16.la.ecf@usdoj.gov**

**Thomas B Ure on behalf of Debtor Lapeer 160 LLC** **tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **8/25/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Honorable Sheri Bluebond**
**255 E. Temple Street, Suite 1532/ Courtroom 1539**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **8/25/2026** | **Yolanda Segura** | **/s/ Yolanda Segura** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |