Crystle Lindsey (SBN: 281944)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: clindsey@ghidottiberger.com

FILED & ENTERED

AUG 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

Attorneys for Secured Creditors, U.S. Bank Trust, National Association, as Trustees for Ranch Annex Series VI Trust and LB-Treehouse Series VI Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LAPEER 160 LLC,<br><br>Debtor. | Case No.: 2:26-bk-13288-BB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF SECURED CREDITORS TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND IMPOSING 180-DAY BAR TO REFILING**<br><br>Hearing:<br>Date: August 26, 2026<br>Time: 10:00 a.m.<br>Crtrm.: 1539 |

The Motion of secured creditors U.S. Bank Trust, National Association, not in its individual capacity but solely as Trustee for Ranch Annex Series VI Trust, and U.S. Bank Trust, National Association, not in its individual capacity but solely as Trustee for LB-Treehouse Series VI Trust (collectively, “Movants”), for an order dismissing this Chapter 11 case pursuant to 11 U.S.C. § 1112(b) and barring Lapeer 160 LLC (the “Debtor”) from refiling for 180 days pursuant to 11 U.S.C. § 349(a) (the “Motion”, Dkt. 42), came on regularly for hearing before this Court on August 26, 2026, at 10:00 a.m., in Courtroom 1539

of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 E. Temple Street, Los Angeles, California 90012, the Honorable Sheri Bluebond presiding. Appearances were noted on the record.

The Court, having reviewed the Motion, the Declaration of Authorized Representative of Fay Servicing, LLC, the Declaration of Crystle Lindsey, the Request for Judicial Notice filed in support thereof, and all pleadings and papers on file in this case; the Debtor having filed no opposition to the Motion; the Court having denied the Debtor's motion for a continuance of the hearing on the Motion; for the reasons stated on the record at the hearing, and **GOOD CAUSE APPEARING** therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** in its entirety;

2. The bankruptcy case is hereby **DISMISSED**; and

3. The Debtor is barred, pursuant to 11 U.S.C. § 349(a), from seeking relief under any chapter of Title 11 of the United States Code for a period of 180 days from the date of entry of this Order.

###

Date: August 27, 2026

Sheri Bluebond
United States Bankruptcy Judge